# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

| | |
|---|---|
| **Place of Offense:** | **Category No.** II    **Investigating Agency** HSI |
| **City** Waltham | **Related Case Information:** |
| **County** Middlesex | Superseding Ind./ Inf. _____  Case No. _____ |
| | Same Defendant _____  New Defendant _____ |
| | Magistrate Judge Case Number   22-8104-PGL |
| | Search Warrant Case Number   22-8105-PGL, 22-8106-PGL |
| | R 20/R 40 from District of _____ |

**Defendant Information:**

Defendant Name: David Chris CANNON    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Lexington, MA

Birth date (Yr only): 1962   SSN (last4#): _____   Sex: M   Race: _____   Nationality: _____

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA: Elizabeth Riley    Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date:** 11/03/2022

☑ Already in Federal Custody as of 11/03/2022 in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/03/2022    Signature of AUSA: /s/ Elizabeth Riley

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   David Chris CANNON

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §1591(a)(1) | Attempted Sex Trafficking of a Child | 1 |
| Set 2 | 18 U.S.C. §1591(b)(2) | | |
| Set 3 | 18 U.S.C. §1594(a) | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____