UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID CANNON,<br><br>Defendant | Criminal No. 1:22-cr-10305-FDS<br><br>Violations:<br><br><u>Count One</u>: Attempted Sex Trafficking of a Child<br>(18 U.S.C. §§ 1591(a)(1), (b)(2), and 1594(a))<br><br><u>Count Two</u>: Possession of Child Pornography<br>(18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))<br><br><u>Attempted Sex Trafficking of a Child Forfeiture Allegation</u>:<br>(18 U.S.C. § 1594(d) and<br>28 U.S.C. § 2461)<br><br><u>Child Pornography Forfeiture Allegation</u>:<br>(18 U.S.C. § 2253) |

<u>SUPERSEDING INFORMATION</u>

<u>COUNT ONE</u>
Attempted Sex Trafficking of a Child
(18 U.S.C. § 1591(a)(1), (b)(2) and 1594(a))

The United States Attorney charges:

From on or about November 2, 2022 through on or about November 3, 2022, in the District of Massachusetts, and elsewhere, the defendant,

DAVID CANNON,

did knowingly, in and affecting interstate and foreign commerce, knowing and in reckless disregard of the fact that Minor 1 had not attained the age of 18 years, attempt to entice, obtain, patronize, and solicit by any means Minor 1, knowing that Minor 1 would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and 1594(a).

COUNT TWO
Possession of Child Pornography
(18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))

The United States Attorney further charges:

On or about November 3, 2022 in the District of Massachusetts, the defendant,

DAVID CANNON,

knowingly possessed material that contained one and more images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained 12 years of age, and that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

<u>ATTEMPTED SEX TRAFFICKING OF A CHILD FORFEITURE ALLEGATION</u>
(18 U.S.C. § 1594(d) and 28 U.S.C. § 2461(c))

1. Upon conviction of the offense in in violation of Tile 18, United States Code, Section 1591, set forth in Count One, the defendant,

DAVID CANNON,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d), and Title 28, United States Code, Section 2461(c), the defendant's interest in any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such offense, and any property traceable to such property; and (2) any property, real or personal, which constitutes or is derived from any proceeds the defendant obtained, directly or indirectly, as a result of such offense, and any property traceable to such property.

2. If any of the property described in paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 1594(d) and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant–

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1 above.

All pursuant to Title 18, United States Code, Section 1591(d), and Title 28, United States Code, Section 2461(c).

## CHILD PORNOGRAPHY FORFEITURE ALLEGATION
(18 U.S.C. § 2253)

The United States Attorney further alleges:

1. Upon conviction of the offense set forth in Count Two, the defendant,

DAVID CANNON,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253, (i) any visual depiction described in sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

    a. Black Android device

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 2253, as a result of any act or omission of the defendant—

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States of America, pursuant to Title 18, United States Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 2253.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: ELIZABETH RILEY-CUNNIFFE
Digitally signed by ELIZABETH RILEY-CUNNIFFE
Date: 2023.11.21 13:19:45 -05'00'

Elizabeth Riley
Assistant United States Attorney

Dated: